UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------x
GS Holistic, LLC,                      :
                                       :
                    Plaintiff(s),      :
                                       :
        -against-                      :
                                       :
Empire Convenience Inc., et al;        :
                                       :
                    Defendant(s).      :
                                       :
--------------------------------------x

25 CV 4475 (LAP)

**ORDER**

LORETTA A. PRESKA, Senior United States District Judge:

        Counsel shall confer and inform Judge Preska by letter
no later than March 30 2026 of the status of the
action/remaining claims/defendants.


SO ORDERED.


_Loretta A Presley_

LORETTA A. PRESKA,

Senior U.S.D.J.


Dated: 3/23/26

New York, New York